

NUMBER 13-16-00508-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE SALVADOR PUGA QUINTANILLA
A/K/A JOSE QUINTANILLA A/K/A
JOSE S. PUGA QUINTANILLA
A/K/A JOSE SALVADOR PUGA,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

On appeal from the 197th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Jose Salvador Puga Quintanilla a/k/a Jose Quintanilla a/k/a Jose S.

Puga Quintanilla a/ka Jose Salvador Puga, attempts to appeal his conviction for

continuous sexual abuse of a child. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On September 27, 2016, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On November 28, 2016, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of December, 2016.